181 So. 306

### Gillis GRISSETT v. CITY OF BIRMINGHAM.

#### 6 Div. 321.

Supreme Court of Alabama.

May 12, 1938.

John S. Foster, of Birmingham, for petitioner.

BOULDIN, Justice.

Petition of the city of Birmingham for certiorari to the Court of Appeals to review

and correct the opinion of the Court of Appeals in the case of Grissett v. City of Birmingham, 181 So. 302.

Writ denied.

ANDERSON, C. J., and THOMAS and FOSTER, JJ., concur.